# Judicial Security Division
## Medical Review Form

| | | | |
|---|---|---|---|
| LE Incumbent Name: | Ramundo Ruiz | Date of Birth: | Age: 59 | Gender: M |
| SSN: | XXX-X2-5932 | LE Incumbent Court Security Officer | | |
| Examining Facility: , , | | | | |
| Circuit 5 | | | | |

Report of Medical Examination: Date: 12/5/2005
Supplemental Medical Information: Date: 8/23/2006

This review is based on FY: 2006

## YOUR STATUS IS: Not medically qualified to perform the essential functions of the job

The following medical condition(s) poses a significant risk to the health and safety of yourself and/or others in the performance of essential job functions. Medical follow-up, if requested, and any restriction of duties are listed below. Send medical information to your employer.

According to the results of the functional hearing tests provided by the applicant's audiologist on 12/16/2005, the applicant has a significant hearing loss in the conversational range. We consulted our occupational audiology specialist regarding the significance of these findings. Our audiologist made the following comments:

"This individual is at significant risk for failure to detect, recognize, discriminate, and localize speech and other auditory stimuli in both ears. This is evidenced by his elevated speech reception thresholds in both ears, as well as his failure to achieve normal speech recognition except at very high presentation levels that exceed the level of normal conversational speech.

Hearing aids in their present form are not able to restore those with sensori-neural hearing loss to the level of normal function. He fails to meet the hearing standards established by this agency."

Therefore, the tests confirm the applicant's decreased ability to hear soft sounds and to distinguish speech, especially in background noise. The applicant's reduced ability to perform these essential CSO functions poses a significant risk to the health and safety of himself, other co-workers, and the public.

Review Date: 09/01/2006
Judicial Security Division Reviewing Physician:

L. Chelton, MD, MPH

Merits Record ID: 2194423

Exhibit D