## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Ramundo Ruiz,

      Plaintiff,

v.                                                    CA-07-56-H

U.S. Protect and Michael Mukasey,
Attorney General of the United States,

      Defendants.

## DECLARATION OF LOUIS G. CHELTON, III, M.D.

I, Louis Chelton, declare as follows

### Background

1.  I am a Reviewing Physician for Law Enforcement Medical Programs, a

    department of Federal Occupational Health, which in turn is a component of the

    U.S. Public Health Service. I have held that position since January 2002. My

    curriculum vitae is attached to this declaration as Exhibit A.

2.  In my capacity as a reviewing physician, I conduct occupational medical reviews

    for several agencies. Most of my work is for the U.S. Marshals Service=s Court

    Security Officer (CSO) program.

### Medical Review of Ramundo Ruiz

3.  Based on records provided me, I was the reviewing physician who recommended

    disqualification of Mr. Ruiz. I concluded that Mr. Ruiz was not medically

    qualified to perform the essential job functions of the CSO position due to a

specific and limited hearing impairment as measured by the U.S. Marshals Service=s hearing standard and testing protocol. Prior to making my decision to medically disqualify Mr. Ruiz, I requested the opinion of Lynn E. Cook, AuD, FAAA, an audiologist with experience and expertise in law enforcement occupational audiology.

4.    Attached to this declaration as Exhibit B are the following: my final medical review form dated September 1, 2006, a request for information dated May 8, 2006 (along with documents provided in response to the request), a request for information dated February 21, 2006 (along with documents provided in response to the request), and Mr. Ruiz=s FY 2006 Certificate of Medical Examination.

5.    Attached to this declaration as Exhibit C is the recommendation of Dr. Cook dated August 23, 2006.

6.    My determination regarding Mr. Ruiz was solely limited to his ability to perform the essential functions of the CSO position. I neither considered nor reached any conclusion about whether Mr. Ruiz=s failure to satisfy the hearing requirements associated with the CSO position disqualified him from other jobs (including other law enforcement jobs) or whether it substantially limited his day-to-day activities, including hearing.

I declare, under penalty of perjury, that the above information is true and correct.

_8/5/08_____
Date

Louis G., Chelton, III, M.D.

# Exhibit A to Dr. Chelton's Declaration

## Louis Guy Chelton, III, M.D., M.P.H.

Address:　　80 Rivershyre Circle
　　　　　　Lawrenceville, Georgia 30043
　　　　　　Telephone: 770 307-6895
　　　　　　Facsimile: 770 338-5852

### EDUCATION:

| | |
|---|---|
| 1972 | B.A., Williams College, Williamstown, Massachusetts |
| 1976 | M.D., University of Michigan School of Medicine, Ann Arbor, Michigan |
| 1976-77 | Categorical Diversified Internship, Grady Memorial Hospital, Atlanta, Georgia |
| 1977-79 | Neurosurgical Residency, Emory University Hospital, Atlanta, Georgia |
| 2000 | M.P.H., Rollins School of Public Health, Emory University, Atlanta, Georgia |

### EXPERIENCE:

| | |
|---|---|
| 1980-83 | Director of Emergency Services, Button Gwinnett Hospital, Lawrenceville, Georgia |
| 1981-83 | Director of Emergency Services, Buford General Hospital, Buford, Georgia |
| 1980-83 | Medical Director, Gwinnett Ambulance Service, Lawrenceville, Georgia |
| 1982-85 | Director of Emergency Services, Forsyth County Hospital, Cumming, Georgia |
| 1985-90 | Chief Emergency Physician, Lakeside Community Hospital, Cumming, Georgia |
| 1982-90 | Medical Director, Forsyth County Ambulance Service, Cumming, Georgia |
| 1982-99 | Medical Director, Forsyth County Jail, Cumming, Georgia |
| 1987-88 | Medical Director, Piedmont Medical Care Clinic at the Candler Building, Atlanta, Georgia |
| 1989-91 | Medical Director, Gwinnett County Correctional Institutions, Lawrenceville, Georgia |
| 1990-93 | Medical Director, Phillips Correctional Institution, Buford, Georgia |
| 1990-94 | Primary Care Practice, Gwinnett Priority Care Clinic, Duluth, Georgia |
| 1995-2000 | Primary Care Practice, Northwoods Family Care Center, Cumming, Georgia |
| 2001-02 | Occupational Medical Practice, Concentra Medical Services, Atlanta, Georgia |
| 2002-present | Medical Review Officer, Federal Occupational Health, Atlanta, Georgia |

### HONORS:

2/Louis Guy Chelton, III, M.D., M.P.H.

| | |
|---|---|
| 1968 | Star Student, National Merit Finalist, National Honor Society |
| 1972 | Phi Beta Kappa, Cum Laude |

PROFESSIONAL MEMBERSHIPS:

| | |
|---|---|
| 1979-93 | Southern Medical Association |
| 1979-83 | Dekalb Medical Society |
| 1979- | Medical Association of Georgia |
| 1979- | American Medical Association |
| 1980- | Gwinnett-Forsyth Medical Society |
| 1995- | American Public Health Association |
| 1998- | American Society of Law, Medicine and Ethics |
| 1983 | Elected Representative from Gwinnett Hospital System to the Hospital Medical Staff Section of the Medical Association of Georgia |
| 1985 & 2000 | Appointee to the Medical Association of Georgia Committee on Correctional Medicine |

# Exhibit B to Dr. Chelton's Declaration

# Judicial Security Division
## Medical Review Form

| | | | |
|---|---|---|---|
| LE Incumbent Name: | **Ramundo Ruiz** | Date of Birth: | Age: **59** | Gender: **M** |
| SSN: | | **LE Incumbent   Court Security Officer** | | |
| Examining Facility: , , | | | | |
| **Circuit 5** | | | | |

Report of Medical Examination:      **Date: 12/5/2005**      This review is based on **FY: 2006**
Supplemental Medical Information:      **Date: 8/23/2006**

---

## YOUR STATUS IS: Not medically qualified to perform the essential functions of the job

*The following medical condition(s) poses a significant risk to the health and safety of yourself and/or others in the performance of essential job functions. Medical follow-up, if requested, and any restriction of duties are listed below. Send medical information to your employer.*

According to the results of the functional hearing tests provided by the applicant's audiologist on 12/16/2005, the applicant has a significant hearing loss in the conversational range. We consulted our occupational audiology specialist regarding the significance of these findings. Our audiologist made the following comments:

"This individual is at significant risk for failure to detect, recognize, discriminate, and localize speech and other auditory stimuli in both ears. This is evidenced by his elevated speech reception thresholds in both ears, as well as his failure to achieve normal speech recognition except at very high presentation levels that exceed the level of normal conversational speech.

Hearing aids in their present form are not able to restore those with sensori-neural hearing loss to the level of normal function. He fails to meet the hearing standards established by this agency."

Therefore, the tests confirm the applicant's decreased ability to hear soft sounds and to distinguish speech, especially in background noise. The applicant's reduced ability to perform these essential CSO functions poses a significant risk to the health and safety of himself, other co-workers, and the public.

Review Date: **09/01/2006**
Judicial Security Division Reviewing Physician:

L. Chelton, MD, MPH

Merits Record ID: **2194423**

Dear Ms. Judy Wimberly,                                    June 12,2006
Chief Administrator

L Chelton, MD, MPH,
Judicial Security Division

It gives me great pleasure to forward correspondence concerning my
**Medical Follow-up / Fiscal Year 2006** pertaining to my hearing. The
hearing test was conducted on June 8, 2006 at the VICTORIA ENT
HEARING CENTER, Victoria, Texas. Dean Flyger, M.A., F.A.A.A
conducted the test.

Inclosed you will find the required completed documents request by USMS
Judicial Security Division.

As previously stated, it is my intention to meet all medical requirements and
hope that the medical information provided is sufficient to verify that I am
medically qualified for duty, and am able to perform any and all task
assigned.

Should the Judicial Security Division require further testing or additional
information, please feel free to inquire.

Thanks in advance for your consideration in this matter.

Sincerely,

Ramundo Ruiz
CSO

Ruiz-00084

# Judicial Security Division
## Medical Review Form

| | | | | |
|---|---|---|---|---|
| LE Incumbent Name: | **Ramundo Ruiz** | Date of Birth: | Age: **59** | Gender: **M** |
| SSN: | | **LE Incumbent Court Security Officer** | | |
| Examining Facility: , , | | | | |
| Circuit 5 STX | | | | |

| | | |
|---|---|---|
| Report of Medical Examination: | **Date: 12/5/2005** | This review is based on **FY: 2006** |
| Supplemental Medical Information: | **Date: 3/23/2006** | |

---

## YOUR STATUS IS: Medical determination deferred pending further documentation

*Incumbent has medical findings which may hinder safe and efficient performance of essential job functions. Please provide the following detailed or diagnostic medical information. Per agency request, if further information is not provided, a determination will be made based on available medical information. Send medical information to your employer.*

*The written request below should be provided to the treating physician, or other applicable health care provider(s), such as an audiologist. Failure to provide the requested information or the failure to demonstrate that the medical condition(s) in question has been satisfactorily treated/resolved could result in medical disqualification. Individuals who are medically disqualified are not allowed by the Marshals Service to serve as Court Security Officers. In addition to the medical information requested below, the CSO applicant or incumbent and/or the treating physician should be encouraged to provide any additional written opinions or comments and any other copied records that may be useful in reaching a determination of medical qualification.*

**Thank you for providing the requested repeat pure tone audiogram. This study confirms that the CSO's hearing has deteriorated significantly since prior testing. Therefore, additional functional hearing tests area required.**

**The CSO wears hearing aid(s). Judicial Security Division policy requires that the CSO meet basic hearing standards without hearing aids to be medically qualified. The protocol below is meant to assess the CSO's hearing without hearing amplification. If the CSO meets the requirements for qualification on these tests, additional tests done while wearing hearing aid(s) must then be performed.**

**The CSO must see an ear, nose and throat (ENT) physician or audiologist for further functional hearing tests. It is recommended that these tests be performed after a 14-hour quiet period (no loud noises such as gunfire, motors, highway driving, radio earphones). The evaluation MUST include the following. It is important to fax a copy of these tests to the service provider prior to the appointment in order to be absolutely sure that the provider can perform these tests as requested:**

**Testing should be done on an audiometer meeting ANSI Standard S3.6 (1969, reaffirmed 1996), in a test chamber meeting ANSI Standard S3.1. Both audiometer calibration and booth certification should be current within one year. Testing should be done using insert phones, TDH-39 earphones, or TDH-49 earphones. Sound field calibration shall meet the specifications of ISO 8253-2, 1992. Speech testing shall use recorded lists at the specified level. The evaluation must include:**

**a) Unaided pure tone air and bone conduction audiogram at the frequencies 250, 500, 1000, 2000, 3000, 4000, 6000 and 8000 Hz, with appropriate masking as needed.**

**FOR TESTS B, C, AND D BELOW, PLEASE RECORD THE RESULTS IN THE SPACES PROVIDED, THEN DATE AND SIGN BELOW. PLEASE ALSO INCLUDE A COPY OF THE COMPLETED TEST RESULTS.**

**b) Unaided Speech Reception Threshold for each ear under headphones.**

**Right Ear _55_ dB    Left Ear _40_ dB**

**c) Unaided Speech Recognition in quiet for each ear under headphones. Start at +40 dB SL, and present recorded version of NU-6 full list. If client achieves a score of 90% or better, this phase of the test may be terminated and results reported. If a score of less than 90% is obtained, vary presentation level either up or down as appropriate to achieve maximum score. Report %/intensity function.**

**Right Ear _100_ dB    Right Ear _92_ %    Left Ear _80_ dB    Left Ear _96_ %**

---

Merits Record ID: 2194423

LE Incumbent Name: **Ramundo Ruiz** Date of Birth: Age: **59** Gender: **M**
SSN:
Examining Facility: , ,
**LE Incumbent Court Security Officer**
**Circuit 5**

Report of Medical Examination: **Date: 12/5/2005** This review is based on **FY: 2006**
Supplemental Medical Information: **Date: 3/23/2006**

---

   d) **Unaided Sound Field Speech Recognition in Noise. With client facing the speaker, using signal to noise ratio of +10 dB, signal and noise simultaneously emanating from a single speaker, using recorded NU-6 full list in speech noise. Begin at a presentation level of 60 dB HL with 50 dB HL of speech noise. If a score of 50% or better is obtained, test may be terminated. If a score of less than 50% is obtained, vary presentation level up or down to achieve maximum score. Patient may move his/her head to maximize performance. Signal-to-noise ratio of + 10 dB must be maintained.**

Sound Field:   Signal _60_ dB Noise _50_ dB Speech Recognition _80_ %

_06/08/2006_   _Dean D. V-lyse, M.A, FAAA_   _M.A, FAAA_
**DATE**   **PRINTED NAME OF TESTER/degree**   **SIGNATURE OF TESTER**

_(361) 573 - 4832_   _117 Medical Dr. Suite #2, Victoria, TX 77904_
**TELEPHONE NUMBER AND ADDRESS (OR ATTACH A LETTERHEAD OR BUSINESS CARD)**

Review Date: **05/08/2006**
Judicial Security Division Reviewing Physician:

**L. Chelton, MD, MPH**



DEAN FLYGER
M.A., F.A.A.A.
Audiology. Hearing Aids
Dizziness and Balance

VICTORIA
ENT
HEARING
CENTER

117 Medical Drive, Suite 2
Victoria, Texas 77904
(361) 573-4832
FAX (361) 575-6244
E-mail: dflyger@victoriaent.com



RECEIVE
MAY 3 0 2006
AKAL    HOUSTON

MAY 2 3 2006    DIVISION
JUDICIAL SECURITY

2006 MAY 17 PM 2: 23

RECEIVED
US MARSHALS SERVICE

Merits Record ID: **2194423**

CLINICAL AUDIOLOGISTS
M. PARROTT AGUIRRE, MS, FAAA
MARLENE HENNESSEY, MS, FAAA
DEAN FLYGER, MA, FAAA
AUDIOMETRIC TECHNICIAN
CINDY DURHAM, COHC

**VICTORIA ENT HEARING CENTER**
VICTORIA ENT ASSOCIATES
117 Medical Drive, Suite #2, Victoria, Texas 77904-3102
Telephone (361) 573-4832
Fax (361) 575-6244



VICTORIA
ENT
HEARING
CENTER

NAME _Ruiz, Ramundo_        AGE / DOB _59 yrs_

DATE _06 / 08 / 2006_        RELIABILITY _Good_

ER-3A EARPHONES ☒
PLAY AUDIOMETRY ☐
PRE-OP AUDIO ☐
POST-OP AUDIO ☐

AUDIOMETER: GSI 61  ☒ # 20020277  ☐ # AA041452

## AUDIOMETRIC EXAMINATION

### RIGHT EAR

### LEFT EAR

| RIGHT | TEST | LEFT |
|-------|------|------|
| ◯ | Air Cond | X |
| △ | Air Cond masked | ☐ |
| < | Bone Cond | > |
| [ | Bone Cond masked | ] |

#### SPEECH TESTING

| Right | Test | Left |
|-------|------|------|
| 55 | SRT | 40 |
| 88% | DISC | 96% |
| 95 | MCL | 80 |
| ___ | UCL | ___ |
| ___ | SDT | ___ |

### TYMPANOGRAM (RIGHT)

### TYMPANOGRAM (LEFT)

COMMENTS:

DisCr
100dB
92%

Speech in Noise
60 dB Sig 50 Noise
DIX HALLPIKE 80%

☐ NEGATIVE
☐ POSITIVE
☐ AD   ☐ AS   ☐ AU

| M.E. PRESSURE | E.C. VOLUME | COMPLIANCE |
|---------------|-------------|------------|
|  |  |  |

| IPSILATERAL ACOUSTIC REFLEX | | | |
|------|------|------|------|
| 500 | 1000 | 2000 | 4000 |
|  |  |  |  |

| M.E. PRESSURE | E.C. VOLUME | COMPLIANCE |
|---------------|-------------|------------|
|  |  |  |

| IPSILATERAL ACOUSTIC REFLEX | | | |
|------|------|------|------|
| 500 | 1000 | 2000 | 4000 |
|  |  |  |  |

Ruiz-00087

## Judicial Security Division
### Medical Review Form

| | | | | |
|---|---|---|---|---|
| LE Incumbent Name: | **Ramundo Ruiz** | Date of Birth: | Age: **59** | Gender: **M** |
| SSN: | | **LE Incumbent Court Security Officer** | | |
| Examining Facility: , , | | | | |
| Circuit 5 | | | | |

| | | |
|---|---|---|
| Report of Medical Examination: | **Date: 12/5/2005** | This review is based on **FY: 2006** |
| Supplemental Medical Information: | **Date: 3/23/2006** | |

---

## YOUR STATUS IS: Medical determination deferred pending further documentation

*Incumbent has medical findings which may hinder safe and efficient performance of essential job functions. Please provide the following detailed or diagnostic medical information. Per agency request, if further information is not provided, a determination will be made based on available medical information. Send medical information to your employer.*

*The written request below should be provided to the treating physician, or other applicable health care provider(s), such as an audiologist. Failure to provide the requested information or the failure to demonstrate that the medical condition(s) in question has been satisfactorily treated/resolved could result in medical disqualification. Individuals who are medically disqualified are not allowed by the Marshals Service to serve as Court Security Officers. In addition to the medical information requested below, the CSO applicant or incumbent and/or the treating physician should be encouraged to provide any additional written opinions or comments and any other copied records that may be useful in reaching a determination of medical qualification.*

**Thank you for providing the requested repeat pure tone audiogram. This study confirms that the CSO's hearing has deteriorated significantly since prior testing. Therefore, additional functional hearing tests area required.**

**The CSO wears hearing aid(s). Judicial Security Division policy requires that the CSO meet basic hearing standards without hearing aids to be medically qualified. The protocol below is meant to assess the CSO's hearing without hearing amplification. If the CSO meets the requirements for qualification on these tests, additional tests done while wearing hearing aid(s) must then be performed.**

**The CSO must see an ear, nose and throat (ENT) physician or audiologist for further functional hearing tests. It is recommended that these tests be performed after a 14-hour quiet period (no loud noises such as gunfire, motors, highway driving, radio earphones). The evaluation MUST include the following. It is important to fax a copy of these tests to the service provider prior to the appointment in order to be absolutely sure that the provider can perform these tests as requested:**

**Testing should be done on an audiometer meeting ANSI Standard S3.6 (1969, reaffirmed 1996), in a test chamber meeting ANSI Standard S3.1. Both audiometer calibration and booth certification should be current within one year. Testing should be done using insert phones, TDH-39 earphones, or TDH-49 earphones. Sound field calibration shall meet the specifications of ISO 8253-2, 1992. Speech testing shall use recorded lists at the specified level. The evaluation must include:**

**a) Unaided pure tone air and bone conduction audiogram at the frequencies 250, 500, 1000, 2000, 3000, 4000, 6000 and 8000 Hz, with appropriate masking as needed.**

**FOR TESTS B, C, AND D BELOW, PLEASE RECORD THE RESULTS IN THE SPACES PROVIDED, THEN DATE AND SIGN BELOW. PLEASE ALSO INCLUDE A COPY OF THE COMPLETED TEST RESULTS.**

**b) Unaided Speech Reception Threshold for each ear under headphones.**

Right Ear _____dB    Left Ear _____dB

**c) Unaided Speech Recognition in quiet for each ear under headphones. Start at +40 dB SL, and present recorded version of NU-6 full list. If client achieves a score of 90% or better, this phase of the test may be terminated and results reported. If a score of less than 90% is obtained, vary presentation level either up or down as appropriate to achieve maximum score. Report %/Intensity function.**

Right Ear _____dB    Right Ear _____%    Left Ear _____dB    Left Ear _____%

---

**LE Incumbent  Court Security Officer**

Report of Medical Examination:  **Date: 12/5/2005**  This review is based on **FY: 2006**
Supplemental Medical Information:  **Date: 3/23/2006**

---

    **d) Unaided Sound Field Speech Recognition in Noise. With client facing the speaker, using signal to noise ratio of +10 dB, signal and noise simultaneously emanating from a single speaker, using recorded NU-6 full list in speech noise. Begin at a presentation level of 60 dB HL with 50 dB HL of speech noise. If a score of 50% or better is obtained, test may be terminated. If a score of less than 50% is obtained, vary presentation level up or down to achieve maximum score. Patient may move his/her head to maximize performance. Signal-to-noise ratio of + 10 dB must be maintained.**

    Sound Field:  Signal _____dB Noise _____dB  Speech Recognition _____%

| | | |
|---|---|---|
| **DATE** | **PRINTED NAME OF TESTER, degree** | **SIGNATURE OF TESTER** |

**TELEPHONE NUMBER AND ADDRESS (OR ATTACH A LETTERHEAD OR BUSINESS CARD)**

Review Date:  **05/08/2006**
Judicial Security Division Reviewing Physician:

**L. Chelton, MD, MPH**

Judicial Security Division
**Medical Review Form**

---

| | | | |
|---|---|---|---|
| LE Incumbent Name: | **Ramundo Ruiz** | Date of Birth: | Age: **59**   Gender: **M** |
| SSN: | | **LE Incumbent** **Court Security Officer** | |
| Examining Facility: , , | | | |
| **Circuit 5** | | | |

Report of Medical Examination:   Date: **12/5/2005**   This review is based on **FY: 2006**
Supplemental Medical Information:   Date:

---

## YOUR STATUS IS:  Medical determination deferred pending further documentation

*Incumbent has medical findings which may hinder safe and efficient performance of essential job functions.  Please provide the following detailed or diagnostic medical information.  Per agency request, if further information is not provided, a determination will be made based on available medical information.  Send medical information to your employer.*

1.   **A history of pain or pressure in the chest has been reported.  Please provide dates and details regarding this condition, including diagnosis, tests, treatment, impairment, restrictions, current status, and any other pertinent information.**

2.   **Your screening audiogram needs to be repeated for confirmation.  Have an audiologist or ear, nose, and throat doctor perform a repeat unaided pure tone audiogram at 500, 1000, 2000, 3000, 4000, 6000, and 8000 Hz in each ear after a 14 hour quiet period (no loud noises such as gunfire, motors, highway driving, radio earphones).  You may choose to use earplugs to minimize noise during this 14 hour period.  Provide a copy of the audiogram results.**

Review Date: **02/21/2006**
Judicial Security Division Reviewing Physician:

L. Chelton, MD, MPH

---

Merits Record ID: **2194423**

Dear Judy Wimberley,                                              March 23,2006
Chief Administrator

L. Chelton, MD, MPH
Judicial Security Division

Once again, as in the previous year 2005, I am providing information concerning my
medical history as it pertains to the reported chest pains that I experienced years ago. The
report was completed as requested.

Please be advised that there has been no change in my medical condition as it pertains to
my cardiac status within the past year. I continue to receive excellent reports from my
cardiologist Dr. Kurtis Krueger. As requested I am providing you with a REPORT OF
HEARING EVALUATION conducted on December 16, 2005 at Wilford Hall Medical
Center, Lackland Air Force Base, San Antonio, Texas.

It has become clear the reason the question concerning my cardiac status continues to
resurface each year. The **U.S. Marshals Service Medical Record Release Form** (Est.
07/00) Rev.03/01, as it pertains to Courts Security Officer Medical Records Release Form
asks the question, **"HAVE YOU EVER HAD OR HAVE YOU NOW PAIN OR
PRESSURE IN CHEST".** The answers are limited to, **YES CURRENT, YES PAST
OR NO.** To answer **NO** in my case would be untrue and therefor compromising my
integrity. I would suggest that a more practical question would be, **HAVE YOU IN THE
PAST YEAR HAD OR HAVE YOU NOW PAIN OR PRESSURE IN CHEST.**
Revising Form USM-229 to read as such would expedite medical clearance of AKAL
employees and provide the employee to spend more time at the work place performing his
or her duties.

Medical information provided last year concerning my cardiac status and medical history
should be on file with either AKAL or the Judicial Security Division. But should further
information be required, please feel free to inquire.

My intention is to meet all medical requirements and hope that the reported medical
information is sufficient to verify that I am medically qualified for duty, and am able to
perform any and all task assigned.

Your consideration in this matter is greatly appreciated.

Sincerely,

Ramundo Ruiz
CSO

Ruiz-00092

*CSO/CSO Applicant: This form is for your convenience to ensure information is complete, as required by USMS. See attached JSD Medical Review Form, Issue # __1__*

CSO/CSO Applicant Name: RAMUNDO RUIZ Circuit: 5TH District: SOUTHERN

---

## To Be Completed by CSO/CSO Applicant (physician's report not required at this time):

A history of chest pain or pressure has been reported. Please provide the following information regarding this condition:

**a. Dates, details, and diagnosis:**
YEARS AGO, DATES UNKNOWN. WAS EXPERIENCING WHAT I BELIEVED TO BE CHEST PAINS, CHEST PAIN RULED OUT ANY CARDIAC DISEASE. DIAGNOISED AS ACID REFLUX. MEDICATION PRESCRIBED

**b. Describe tests, treatment, etc:**
STRESS TEST - GOOD, EKG NORMAL LIPID PROFILE - NORMAL NO ABNORMALITIES NOTED

**c. Describe current status:**
CURRENT STATUS IS GOOD. NOT EXPERIENCING ANY PHYSICAL PROBLEMS

**d. Describe impairment and restrictions (if none, must state none):**
NONE

**e. Describe any other pertinent information:**
SEE ATTACHED LETTER

**CSO/CSO Applicant Signature:** Ramundo Ruiz    **Date:** Mar. 23, 2006
*If additional space is required please attach a letter*

# REPORT OF HEARING EVALUATION

This form is subject to the Privacy Act of 1974. Use blanket PAS DD 2005.)

| EXAMINER | DATE | AUDIOMETER (Make, Model, Ser, No.) | STANDARD |
|---|---|---|---|
| Myers  @  1300 | 16Dec05 | 6161  CJ5522  Calibration Date: May 06 | ANSI S3.6-1996 |

**FREQUENCY IN Hz** / **SPEECH AUDIOMETRY** / **TYMPANOMETRY**

SPEECH AUDIOMETRY: ☑ DISC ☐ MLV  SAT ___ dB HL

| EAR | PTA/FA | SRT | HL / PB% | HL / PB% | HL / PB% |
|---|---|---|---|---|---|
| R I G H T | | 50 | 80 /90 | / | / |
| | MASK | | 45 | | |
| | LIST | | A31 | | |

| EAR | PTA/FA | SRT | HL/PB% | HL / PB% | HL / PB% |
|---|---|---|---|---|---|
| L E F T | | 30 | 80 /97 | / | / |
| | MASK | | 45 | | |
| | LIST | | A32 | | |

TYMPANOMETRY

| Probe Ear | Pressure Peak (daPa) | Compliance Vtm (ml) | Ear Canal Volume (cc) |
|---|---|---|---|
| R | >> | <.3 | <.<> |
| L | <.0 | .3 | >> |

**ACOUSTIC REFLEX**

PROBE LEFT

| | 500 | 1k | 2k | 4k |
|---|---|---|---|---|
| Contra | 75 | 75 | NR | |
| Ipsi | 85 | 90 | /80 | |

PROBE RIGHT

| | 500 | 1k | 2k | 4k |
|---|---|---|---|---|
| | 70> | NR | NR | NR |
| | 95 | 100 | NR | |

TRANSDUCER: ☑ TDH ☐ INSERT ☐ SOUND FIELD (S or N)

| | AIR | MASKED | BONE | MASKED Mastoid/Forehead | No Response |
|---|---|---|---|---|---|
| LEFT (Blue) | X | [ ] | > | ⊐  ⌐ | ↘ |
| RIGHT (Red) | O | Δ | < | ⊏  ⌐ | ↙ |
| UNSPECIFIED | | | Mastoid/Forehead ∧ ∨ | | |

DNT - Did Not Test
NR - No Response
CNT - Could Not Test
SAT - Speech Awareness Threshold

**DIAGNOSTIC OAE**

☐ TEOAE ☐ DPOAE

**REFLEX DECAY**

| Hz | 250 | 500 | 1000 | 1500 | 2000 | 3000 | 4000 | 6000 | 8000 |
|---|---|---|---|---|---|---|---|---|---|
| A/C (Masked as needed) | | | | | | | | | |
| B/C (Masked as needed) | | | | | | | | | |

LEFT EAR / RIGHT EAR

☐ NEW  ☑ ESTABLISHED PATIENT   Medical Records Available for Appointment: ☐ Yes ☑ No   RELIABILITY: ☑ Good ☐ Fair ☐ Poor

s 59 y/o male in for audio. Pt reports ear popped to about 2 mo ago (been full ever since). ⊕constant tinnitus Au. ⊕Vertigo ⊖ear surgery ⊖Fam hx ⊖noise exp (paratroper/mp) pt interested in new HAs.

o See Above  otoscopy unremarkable Au.

∧ Normal tymp As. Hypercompliant As. Abnormal reflexes Au.
Normal to severe SNHL AS. Normal to profound SNHL As.
Asymmetrical HL. SRTs consistent w/ HL (asymmetrical). Good
word rec Au.

p
    ✱ Refer to ENT for asymmetry / Aural fullness As.
    ✱ Recommend new binaural amplification.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name-Last, First, Middle, grade, date, hospital or medical facility)

Ruiz, Ramundo
20 /
AE8

PROVIDER STAMP/SIGNATURE

David Pedersen

DAVID G. PEDERSEN, CAPT, USAF, BSC
STAFF AUDIOLOGIST
PC#709-13N
WILFORD HALL MEDICAL CENTER

APRIL J. MYERS, 1LT, USAF, BSC
CHIEF, AIR FORCE COCHLEAR IMPLANT PRO
PC# 70913L
WILFORD HALL MEDICAL CENTER

WHMC 3323, 20050501, V1

Ruiz-00094

U.S. Department of Justice
United States Marshals Service



**Ruiz, Ramundo**
5th Circuit - STX
DOE 12/5/05     FY 2006

# Certificate of Medical Examination for Court Security Officers

_NOTE:_ (Applies to ir
Effective Oc
employment

*AKAL* SECURITY                                    Revised 04/01/03

**Physician & Clinic:**
- For direct billing, send invoice with CSO or Applicant name & date of exam to:
  Akal Security Inc, Attn: Accts Payable, P.O. Box 1197, Santa Cruz, NM  87567
- Akal pays for Annual Medical Exams only. Do not bill for New Applicant Exams.
- After exam, send all ORIGINALS with the CSO or Applicant, to include all lab work.

**CSO Annual Medical Exam:**
- Before exam: CSO must refer to the attached Medical Exam Checklist for instructions.
- After exam: CSO must complete remainder of Medical Exam Checklist. When exam is complete, place originals in sealed envelope, attach checklist, and give to SS/LCSO. Please retain a copy for your records.
- SS/LCSO: Send completed exam via U.S. Mail to the Houston Branch Office:
  Akal Security Inc, Attn: Medical Dept., 1110 Kingwood Drive # 203, Kingwood, TX  77339

**New Hire Applicant Medical Exam:**
- Before exam: Applicant must refer to the attached Medical Exam Checklist for instructions.
- After exam: Applicant must complete remainder of Medical Exam Checklist. Return the completed medical exam to SS/LCSO. Please retain a copy for your records.
- SS/LCSO: Insert completed exam into Applicant Hiring Package to be sent to Akal.
For assistance, please call the Medical Department of the Houston Branch Office: (281) 359-52

**Purpose of Examination:**

☐ New Applicant Exam
☑ Annual Medical Exam

Name: KAMUNDO Ruiz

District: SOUTHERN

DEC 2 8 2005

(Privacy Act Protected)

Form USM-229
(Est. 07/00)
Rev. 03/01

Ruiz-00096

# INSTRUCTIONS

## PART I–COURT SECURITY OFFICER MEDICAL RELEASE FORM

This part is reserved for the examinee and physician. The examinee must complete this section in its entirety and sign the form. The physician or an employee of the physician's office must sign as a witness.

## PART II–COURT SECURITY OFFICER IDENTIFICATION

This part is reserved for the examinee. Please complete this section in its entirety.

## PART III–REPORT OF MEDICAL HISTORY

This part is reserved for the examinee. All questions in this part must be answered. Failure to complete information requested may delay the United States Marshals Service from qualifying you as a Court Security Officer in a timely manner and could disqualify you to perform as a Court Security Officer. You must also sign and date, in ink, on the signature area provided on page four of the form.

## PART IV–MEDICAL HISTORY VERIFICATION

This part is reserved for the examining physician. The examining physician is required to interview the examinee and verify that the examinee's information provided in Parts I and II are accurate and complete. All positive findings must be explained as to date and significance. Any additional pertinent medical history information developed during the interview may also be recorded in this section.

## PART V–CSO PHYSICAL REQUIREMENTS

This part is provided to familiarize the examining physician with the physical challenges that the examinee may face while working in court security officer capacity. All examining physicians are required to review this part prior to performing the examination on the examinee.

## PART VI–MEDICAL EXAMINATION DATA

This part is reserved for the examining physician. Please perform the examination and give a detailed description of your findings in this area.

## PART VII–EXAMINATION SUMMARY

This part is reserved for the examining physician. Please complete and explain fully any significant findings or limitations and type of followup recommended. Your summary should also include significant lab test findings. **NO MEDICAL QULIFICATION STATEMENT IS TO BE MADE.**

Pages not concerning hearing status have been redacted

NAME: *(Last, First, Middle)* Ruiz Ramundo _____ DATE OF BIRTH: ____ __

## PART VI—MEDICAL EXAMINATION DATA (To be completed by Examining Physician)

**NOTE TO EXAMINING PHYSICIAN:** As you make your examination and report your findings and conclusions, please consider the job description, function requirements, environmental factors, and medical standards for the Contract Court Security Officer position. List any abnormalities under each examination.

### 1. MEASUREMENTS:

    A. Height: **5** Feet **5** Inches      B. Weight: **181** Pounds

### 2. VISION:

    A. <u>Distant vision</u> (Snellen)
        1. Without glasses or contacts:     Right: 20 / ____    Left: 20 / ____    Both: 20 / ____
        2. With glasses or contacts, if worn:   Right: 20 / **20**    Left: 20 / **20**    Both: 20 / **20**

    B. <u>Near Vision:</u>
        1. Without glasses or contacts:     Right: 20 / ____    Left: 20 / ____    Both: 20 / ____
        2. With glasses or contacts, if worn:   Right: 20 / **30**    Left: 20 / **30**    Both: 20 / **30**

    Testing was done (**with**) without correction *(circle one)*.

    C. <u>Color Vision:</u> Testing must be performed using Ishihara (or comparable) Pseudo-Isochromatic Plates. A minimum of 14 plates must be reported: **13** plates correct of **14** total plates.

    D. <u>Depth Perception:</u> Results must be recorded in seconds of arc. Type of test: *Titmus vision tester* Score: **90 /.** Seconds of arc: **25**

### 3. HEARING:

Using an audiometer for measurement, hearing must be demonstrated in each ear at 500, 1000, 2000, 3000, and 4000 Hz in a sound controlled booth. Results must show the lowest sound intensity, numerically in decibels, at which the tone can be heard, in each ear, at each frequency.

No hearing aids are to be used during the audiometer testing. Each ear must be tested separately. Please indicate using a check mark, whether a examinee wears a hearing aid(s).

    ❑ The examinee does not wear a hearing aid.
    ☑ The examinee wears a hearing aid as follows:
        Left Ear ____    Right Ear ____    Both Ears ✓

**EXAM RESULTS:**

|   | 500 | 1000 | 2000 | 3000 | 4000 |
|---|-----|------|------|------|------|
| L | 20  | 35   | 50   | 55   | 65   |
| R | 30  | 55   | 70   | 70   | 75   |

Form USM-229
(Est. 07/00)
Rev. 03/01

Ruiz-00104

Pages not concerning hearing
status have been redacted

**Occupational Marketing, Inc.**
North Loop West, Suite 217
Houston, Texas  77008
800-869-6783

## NOTIFICATION OF AUDIOMETRY TEST RESULTS

ID:
Name:       Ruiz, Ramundo
Company:    AKAL Security
Location:
Department:

Gender:   M
DOB:
Badge:
Operator:DR
Version: 113

Audiometer Brand:Maico    Model:800    S/N:20423    Calibration Date:06/28/2005

|                    |     | LEFT |    | Current Test Results |    |    |    |     | RIGHT |    |    |    |    |    |
|--------------------|-----|------|----|----|----|----|----|-----|-------|----|----|----|----|----|
|                    | 500 | 1k   | 2k | 3k | 4k | 6k | 8k | 500 | 1k    | 2k | 3k | 4k | 6k | 8k |
| 12/05/2005 08:55   | 20  | 35   | 50 | 55 | 65 | 65 | 60 | 30  | 55    | 70 | 70 | 75 | 80 | NR |

Your left ear hearing test results showed a moderate hearing loss in the speech range (low
and mid pitches) and a severe hearing loss in the high frequencies (pitches).  Your right ear
hearing test results showed a severe hearing loss in the speech range (low and mid pitches)
and a severe hearing loss in the high frequencies (pitches).

These test results show a significant difference in your hearing between ears at some or all
of the frequencies (pitches) tested.  It may be caused by something other than noise or aging
and medical evaluation is recommended.

When compared to your current baseline, this hearing test shows a significant decrease in
your hearing in the amount defined by OSHA as a Standard Threshold Shift.  In accordance with
OSHA guidelines, it is mandatory that you wear hearing protection devices.

If an ear specialist has never diagnosed the cause of your hearing problem, you should
consult one at this time.  If you have not seen an ear specialist for this problem in the
last two years, it is recommended that you have a follow-up visit.  It is important to have
your hearing tested annually in order to detect any changes in your hearing.  To protect your
hearing, wear properly fitted and maintained hearing protection when you are in a noise
hazardous area, whether on or off the job.



Employee Signature

Technician Signature/CERT

Date

wears hearing test without hearing aides

Ruiz-00110

Pages not concerning hearing status have been redacted