IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| RAMUNDO RUIZ | § | |
| | § | |
| v. | § | C.A. NO. V-07-56 |
| | § | |
| U.S. PROTECT, ET AL. | § | |

## ORDER

This is a civil rights action filed pursuant to the Americans with Disabilities Act and the Rehabilitation Act of 1973. Pending is plaintiff's motion to compel discovery. (D.E. 71).

Accordingly, defendants are ORDERED to file a response to plaintiff's motion no later than Friday, August 22, 2008.

ORDERED this 12th day of August 2008.

_____
BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE