

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

CASE NO. CA-V-07-056

| Ramundo Ruiz )( | Judge: Harry Lee Hudspeth |
|---|---|
| Plaintiff )( | Courtroom Deputy: Lori Cayce |
| vs. )( | Court Reporter: Johnny Sanchez |
| Michael Mukasey )( | Proceeding: Jury Trial |
| Defendant )( | Date: September 22nd - 24th 2008 |
| )( | Exhibit List of: Plaintiff |
| Page 1 of 2 Pages )( | Attorney: John Griffin, Katherine Butler |

| Exhibit No. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1 | Aided audiogram of Ramundo Ruiz | X | X | X | 9/23/08 | |
| 1A | Victoria ENT Hearing Center Audiometric Examination | X | X | X | 9/23/08 | |
| 2 | USMS letter of October 13, 2006 requesting Ruiz's removal | X | X | | 9/23/08 | |
| 3 | Letter of Termination from US Protect | X | X | | 9/23/08 | |
| 4 | Hearing standard for CSOs before Miller | X | X | X | 9/22/08 | |
| 5 | Miller Hearing standard for CSOs | X | X | | 9/23/08 | |
| 6 | Chart of Ray Ruiz's hearing test results | X | X | X | 9/24/08 | |
| 7 | USMS Award to Ray Ruiz | X | X | | 9/23/08 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | USMS Post Orders for CSOs | X | X | | 9/23/08 | |
| 12 | Chart of Ray Ruiz's wage loss | X | X | | 9/24/08 | |
| 13 | Ruiz CSO Training Academy certificate | X | X | | 9/23/08 | |
| 14 | Chelton disqualifications referencing law enforcement functions | X | X | | 9/23/08 | |
| 21A | CSO essential job functions | X | X | X | 9/22/08 | |
| 26 | Contract provisions re: USMS control over hiring and firing | X | X | | 9/22/08 | |
| 27 | Judicial Security Division Medical Review Forms | X | X | X | 9/22/08 | |
| 28 | Hearing Aid & Audiology Center of South Texas results | X | X | | 9/23/08 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |