IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

United States Courts
Southern District of Texas
FILED

SEP 24 2008

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| RAMUNDO RUIZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO.  V-CA-07-56-H |
| | § | |
| MICHAEL MUKASEY, | § | |
| ATTORNEY GENERAL, | § | |
| | § | |
| Defendant. | § | |

**VERDICT ON SPECIAL INTERROGATORIES**

We, the jury, unanimously answer the interrogatories submitted by the Court as follows:

Interrogatory No. One

Do you find from a preponderance of the evidence that Plaintiff Ramundo Ruiz was disqualified from the position of Court Security Officer because the Defendant regarded him as disabled?

Answer "Yes" or "No."

We answer: __Yes__

Interrogatory No. Two

Do you find from a preponderance of the evidence that Plaintiff Ramundo Ruiz was qualified for the position of Court Security Officer, with or without reasonable accommodation?

Answer "Yes" or "No."

We answer: __Yes__

### Interrogatory No. Three

Do you find from a preponderance of the evidence that the Defendant's decision to disqualify Ramundo Ruiz from serving in the position of Court Security Officer was justified by business necessity?

Answer "Yes" or "No."

We answer: __NO__

### Interrogatory No. Four

What amount of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and adequately compensate Plaintiff Ramundo Ruiz for his injuries, if any, proximately caused by the actions of the Defendant?

Answer in dollars and cents, or "None," as to each element.

We answer:

a.  Loss of earnings and benefits        $ 103,048
b.  Mental anguish and emotional distress $ 154,000

Date: 24 SEPT 2008


Foreperson