# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### VICTORIA DIVISION

| | | |
|---|---|---|
| RAMUNDO RUIZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. CA-07-56-H |
| | § | |
| U.S. PROTECT AND MICHAEL | § | |
| MUKASEY, ATTORNEY GENERAL OF | § | |
| THE UNITED STATES, | § | |
| | § | |
| Defendants. | § | |

## [PROPOSED] ORDER GRANTING DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW

On this day came on to be considered Defendant's Renewed Motion for Judgment as a Matter of Law. The Court, having considered the motion and any responses or replies thereto, finds that the following order should be entered.

It is ORDERED that Defendant's Renewed Motion for Judgment as a Matter of Law be, and is hereby, GRANTED.

It is further ORDERED that judgment be entered as a matter of law notwithstanding the jury verdict in favor of Defendant.

SIGNED AND ENTERED this _____ day of _____, 2008.

_____
HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE