IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| RAMUNDO RUIZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | NO. CA-V-07-56-H |
| § | |
| MICHAEL MUKASEY, § | |
| ATTORNEY GENERAL, § | |
| § | |
| Defendant. § | |

## JUDGMENT

On September 22, 2008, came on for trial the above-styled and numbered cause. The Plaintiff appeared in person and by and through his counsel of record, and the Defendant appeared by and through its Assistant United States Attorney. A jury was duly impaneled and sworn. The Plaintiff proceeded to present his evidence. When the Plaintiff rested his case-in-chief, the Defendant moved for judgment as a matter of law. The Court denied the motion, and the Defendant proceeded to present evidence. After the close of all the evidence, the arguments of the counsel, and the charge of the Court, the jury retired to deliberate. On September 24, 2008, the jury returned a unanimous verdict, answering the special interrogatories in favor of the Plaintiff. The Court received the verdict and ordered it filed, and hereby renders judgment in accordance with the verdict of the jury.

It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiff Ramundo Ruiz do have and recover of and from the Defendant Michael

Mukasey, Attorney General, the sum of Two Hundred Fifty-Seven Thousand Forty-Eight and no/100 Dollars ($257,048.00), together with interest thereon at the legal rate of 0.69 percent per annum from the date of judgment until paid, plus the costs of suit herein incurred.

It is further ORDERED, ADJUDGED, and DECREED that the Plaintiff's motion for attorney's fees, supported by proper affidavit, and his motion for further equitable relief, if any, be filed within fourteen (14) days after entry of this judgment.

SIGNED AND ENTERED this 11th day of December, 2008.

_____
HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE