**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

|  |  |  |
|---|---|---|
| Ramundo Ruiz, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No.  CA-07-56-H |
| U.S. Protect and Eric H. Holder, Attorney General of the United States, | § § § | |
| Defendants. | § § § § | |

**FEDERAL DEFENDANT'S NOTICE OF APPEAL**

Notice is hereby given that ERIC H. HOLDER, in his official capacity as the

ATTORNEY GENERAL OF THE UNITED STATES,[1] Federal Defendant in the

above-captioned lawsuit, is appealing to the United States Court of Appeals for the Fifth Circuit

from this Court's December 11, 2008 *Order Regarding Post-Trial Motions for Judgment* and the

Court's December 11, 2008 *Judgment* (judgment entered on December 15, 2008).  The Court

entered its judgment in accordance with the jury's September 24, 2008 *Verdict on Special*

*Interrogatories*.  Copies of the (1) December 11, 2008 Order, (2) December 11, 2008 Judgment

and (3) September 24, 2008 Jury Verdict are attached hereto.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the recently confirmed and sworn in Attorney General is automatically substituted as the named Federal Defendant.

Respectfully submitted,

TIM JOHNSON
Acting United States Attorney

By:     *s/Jimmy A. Rodriguez*
JIMMY A. RODRIGUEZ
Assistant United States Attorney
Attorney in Charge
Texas Bar Number: 0024037378
P. O. Box 61129
Houston, Texas 77208
Phone: (713) 567-9532
Fax: (713) 718-3303

Of Counsel:

C. Joseph Carroll, Esq.
Office of the General Counsel
United States Marshals Service
United States Department of Justice
Washington, D.C.  20530-1000
Phone (202) 305-9573

## CERTIFICATE OF SERVICE

This will certify that the attached instrument was served on February 9, 2009, by

the District's ECF System:

John Griffin, Jr.
Marek, Griffin & Knapp
203 N. Liberty Street
Victoria, Texas 77901

Katherine L. Butler
Butler & Harris
1007 Heights Boulevard
Houston, Texas 77008

*s/Jimmy A. Rodriguez*
Jimmy Anthony Rodriguez
Assistant United States Attorney