**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | |
|---|---|
| Ramundo Ruiz, | § |
|     Plaintiff, | § |
| v. | §   No. CA-07-56-H |
| U.S. Protect and Michael Mukasey, Attorney General of the United States, | § |
|     Defendants. | § |

**STIPULATION AND AGREED MOTION FOR
DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

TO THE HONORABLE JUDGE OF THE COURT:

Pursuant to Federal Rule of Civil Procedure 42, the Parties file this Stipulation and Agreed Motion for Dismissal of all Claims with Prejudice, and say:

The Parties have compromised and settled all claims in this lawsuit, including all those claims, third party claims, counter-claims and cross-claims of any kind which were asserted or which could have been asserted in this lawsuit. The Parties therefore ask the Court to dismiss the case with prejudice, with each party to bear its own costs and attorneys' fees.

WHEREFORE, PREMISES CONSIDERED, the Parties ask the Court to dismiss all claims with prejudice with each party bearing its own court costs and attorney's fees.

Respectfully Submitted,

TIM JOHNSON
ACTING UNITED STATES ATTORNEY

*s/Jimmy A. Rodriguez*
JIMMY A. RODRIGUEZ
Assistant United States Attorney
Southern District of Texas
Texas Bar No. 24037378
Federal ID No. 572175
919 Milam, Suite 1500
P.O. Box 61129
Houston, Texas 77208
Tel: (713) 567-9532
Fax: (713) 718-3303

Attorneys for Defendant


s/ (with permission)
JOHN GRIFFIN, JR.
Marek, Griffin & Knapp
203 N. Liberty Street
Victoria, Texas 77901

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      This will certify that the attached instrument was served on June 17, 2009, by the District's ECF System:

John Griffin, Jr.
Marek, Griffin & Knapp
203 N. Liberty Street
Victoria, Texas 77901

Katherine L. Butler
Butler & Harris
1007 Heights Boulevard
Houston, Texas 77008

                                              *s/Jimmy A. Rodriguez*
                                              Jimmy Anthony Rodriguez
                                              Assistant United States Attorney